# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157912(46)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DAVID FRANKLIN MCNEES, JR.,
          Defendant-Appellant.

_____/

SC: 157912
COA: 337426
Kalamazoo CC: 10-001165-FC

On order of the Chief Justice, the motion of defendant-appellant to file a pro per supplement to the application for leave to appeal is GRANTED. The pro per supplement submitted on June 8, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2018



Clerk